IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-391-JLK**

**THE NEW SALIDA DITCH COMPANY, INC., a Colorado corporation**,

        Plaintiff,

v.

**UNITED FIRE & CASUALTY INSURANCE COMPANY, an Iowa corporation,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        Plaintiff's Motion for Leave to File Amended Complaint (doc. #14), filed August 21, 2008, is GRANTED. The Amended Complaint is accepted as filed.

Dated: August 21, 2008