IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-391-JLK**

**THE NEW SALIDA DITCH COMPANY, INC., a Colorado corporation**,

  Plaintiff,

v.

**UNITED FIRE & CASUALTY INSURANCE COMPANY, an Iowa corporation,**

  Defendant.
___

## ORDER ON PLAINTIFF'S MOTION TO STRIKE
___

Kane, J.

  This matter is before me on Plaintiff's Motion to Strike (Doc. #22), filed October 9, 2008, in which Plaintiff requests that I strike Defendant's Supplemental Authority in Support of Partial Motion to Dismiss (Doc. #21), filed without leave of court on October 8, 2008.

  After reviewing both filings, I conclude that counsel on both sides of this case need to fall back and regroup. I suggest a joint meeting to review the Local Rules of Practice. Rule 7.1.A. means exactly what it says and I enforce it not for the purpose of being oppressive, but because this court cannot function effectively without lawyers observing the rules and acting with at least a modicum of civility.

  Rule 7.1.A eliminates many unnecessary motions and limits those filed to matters in need of judicial attention. In addition, opposing counsel who communicate with one

another as required by the Rule are more likely to achieve favorable results for all parties than they can by excessive and superfluous motion practice.

In consequence, I ORDER as follows:

Plaintiff's Motion To Strike (Doc. #22) is DENIED as a result of Plaintiff's refusal to comply with Rule 7.1.A. Defendant's Supplemental Authority in Support of Partial Motion to Dismiss (Doc. #21) is also STRICKEN for failure to comply with Rule 7.1.A. The next failure by either party to comply with this rule will be met with the imposition of sanctions.

I am always eager to learn of any ruling by Judge Matsch, but I am not at all interested in counsel attempting to take unfair advantage by adding further argument to a pending matter under the guise of submitting supplemental authority.

Further, it is ORDERED that counsel meet and confer, not by telephone or email, but in person, in order to review this case, the pending motions and the proposed supplemental authority and to submit to the court a plan for continuing this litigation in accordance with the Local Rules of Practice and common courtesy. The parties shall confer and submit their proposed plan no later than November 3, 2008.

DATED this 10th day of October, 2008.

s/ John L. Kane  
John L. Kane, Senior District Judge  
United States District Court