IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-391-JLK**

**THE NEW SALIDA DITCH COMPANY, INC., a Colorado corporation**,

        Plaintiff,

v.

**UNITED FIRE & CASUALTY INSURANCE COMPANY, an Iowa corporation,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        Defendant's Motion for Leave to File Supplemental Authority (doc. #26), filed November 20, 2008, is GRANTED. The supplemental authority is accepted as filed. Plaintiff may respond on or before December 8, 2008; defendant may reply on or before December 22, 2008.

Dated: November 21, 2008