IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-00391-JLK**

**THE NEW SALIDA DITCH COMPANY, INC., a Colorado corporation,**

 Plaintiff,

v.

**UNITED FIRE & CASUALTY INSURANCE COMPANY, an Iowa corporation,**

 Defendant.

_____

## MINUTE ORDER
_____

Judge John L. Kane **ORDERS**

 The Stipulated Motion for Protective Order and Confidentiality Agreement
(Doc. #32), filed December 5, 2008 is **DENIED** without prejudice for failure to comply
with Section I.8 of Judge Kane's Pretrial and Trial Procedures Memorandum to Counsel,
which sets forth his requirements for seeking a protective order regarding confidential
information exchanged in discovery.  The  Memorandum was provided to the parties in
advance of the Scheduling Conference, *see* Docket #9, and is also available on the court's
website at www.cod.uscourts.gov.

_____

Dated:  December 9, 2008