**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:   March 5, 2009                              Deputy Clerk: Bernique Abiakam
                                                   Court Reporter: Kara Spitler

---

Civil Action No.: 08-cv-00391-JLK

THE NEW SALIDA DITCH COMPANY, INC,
a Colorado Corporation,                            William J. Brady
                                                   Jamie Cotter

          Plaintiff,

v.

UNITED FIRE & CASUALTY INSURANCE
COMPANY, an Iowa Corporation,                      Melissa Shisler

          Defendant.

---

**COURTROOM MINUTES**

---

**Motions Hearing**

**9:02 a.m.          Court in session.**

Court calls case.

Preliminary remarks by the Court.

The Court advises counsel regarding work product.

Discovery cutoff will be extended by stipulation.

The Court advises counsel to file a joint motion to amend the discovery schedule.

**ORDERED:     Motions To Compel (Filed 1/14/09; Doc. No. 37) is DENIED WITHOUT
                PREJUDICE.**

Further discussion regarding work product.

The Court advises counsel regarding the isolation and extraction of specific information from their
discovery databases.

**9:52 a.m.          Court in recess.**
Hearing continued.
Time in court - 00:50