IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-391-JLK**

**THE NEW SALIDA DITCH COMPANY, INC., a Colorado corporation**,

        Plaintiff,

v.

**UNITED FIRE & CASUALTY INSURANCE COMPANY, an Iowa corporation,**

        Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    The Stipulated Motion to Modify Scheduling and Discovery Order (doc. #51), filed March 13, 2009, is GRANTED. The Scheduling and Discovery Order is amended as follows:

        a. Discovery Cut-off: May 8, 2009
        b. Dispositive Motion deadline: July 3, 2009
        c. *Daubert/Kuhmo Tire* Motion deadline: July 3, 2009

---

Dated: March 16, 2009