**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No.:08-CV-00391-JLK-KMT

THE NEW SALIDA DITCH COMPANY, INC., a Colorado Corporation

    **Plaintiff**

v.

UNITED FIRE & CASUALTY INSURANCE COMPANY, an Iowa Corporation

    **Defendant**

___

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF THE DUTY TO DEFEND AND LIABILITY FOR BREACH OF CONTRACT AND BAD FAITH**
___

    Plaintiff, New Salida Ditch Company, Inc. ("New Salida"), by and through its undersigned counsel, Grimshaw & Harring, P.C., and pursuant to Rule 56(a), Colo.R.Civ.P. submits the following Response to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment on the Issue of the Duty to Defend and Liability for Breach of Contract and Bad Faith as follows:

    As set forth in greater detail in Plaintiff's Brief in Support of this Cross Motion for Summary Judgment on the Issue of Liability, based on the undisputed facts and well established Colorado law, Plaintiff is entitled to summary judgment on Defendant's wrongful denial of coverage and denial of the duty to defend and indemnify arising out of the Underlying Actions initiated by various federal governmental agencies more fully described in the accompanying brief.

Specifically, New Salida is entitled to Summary Judgment on its claims of Breach of Contract and Bad Faith as there are no genuine issues of material fact on these claims. With respect to New Salida's Colorado Unfair Claims-Deceptive Trade Practices Act ("UCDPA") claim and Colorado Consumer Protection Act ("CCPA") claim, New Salida asks that the Court delay ruling on these claims until such time as discovery is completed. On March 5, 2009, this Court ordered United Fire to extract all pollution exclusion cases from its database, and if for some reason United Fire was unable to comply with that order, the Court ordered United Fire to "file a specific response as to what you can produce under what circumstances." (Transcript March 5. 2009 Hearing, pg.42, Attached as **Exhibit 1**). While United Fire filed its Motion for Summary Judgment on April 6, 2009, it was not until April 20, 2009, that United Fire sent New Salida a letter stating "United Fire's records cannot be searched in the manner suggested by Judge Kane." (Letter attached as **Exhibit 2**). Therefore, United Fire has failed to respond to New Salida's discovery responses by failing to disclose any and all claims involving the invocation of the Total Pollution Exclusion Clause due to the existence of dirt, rock or fill material.

Because New Salida was waiting for United Fire's response to its discovery requests before scheduling depositions and completing discovery, it would be premature for the Court to rule on either the UCDPA claim or the CCPA claim at this time. Until discovery is completed, there are various genuine issues of material fact yet to be resolved on these claims.

WHEREFORE, the Plaintiff respectfully request that the Court deny United Fire & Casualty Insurance Company's Motion for Summary Judgment and that it enter judgment on the issue of liability in favor of Plaintiff and against Defendant as to the duty to defend and breach of contract and bad faith claims and delay ruling on the Motion for Summary Judgment with

respect to the UCDPA and CCPA claims, and that the Court enter such further relief as deemed just and proper.

Respectfully submitted this 27th day of April, 2009.

> GRIMSHAW & HARRING, P.C.
>
> s/ William J. Brady
> William J. Brady, Esq.
> Jamie N. Cotter, Esq.
> 1700 Lincoln St., Suite 3800
> Denver, CO 80203
> Tele: 303-839-3800 | Fax: 303-839-3838
> E-mail: wmjbrady@grimshawharring.com
>
> ATTORNEY FOR PLAINTIFF NEW
> SALIDA DITCH COMPANY INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2009, I electronically served a true and correct copy of the foregoing PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT and CROSS MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY AND THE DUTY TO DEFEND AND LIABILITY FOR BREACH OF CONTRACT AND BAD FAITH addressed to the following:

Patrick Q. Hustead, Esq.
Melissa W. Shisler, Esq.
Adam B. Kehrli, Esq.
THE HUSTEAD LAW FIRM
*A Professional Corporation*
4643 S. Ulster St., Suite 1250
Denver, CO 80237

s/ William J. Brady
William J. Brady