IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-391-JLK**

**THE NEW SALIDA DITCH COMPANY, INC., a Colorado corporation**,

        Plaintiff,

v.

**UNITED FIRE & CASUALTY INSURANCE COMPANY, an Iowa corporation,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        Defendant United Fire & Casualty Company's Second Motion for Leave to File Supplemental Authority in Support of Partial Motion to Dismiss (doc. #86), filed June 22, 2009, is GRANTED. The supplemental authority is accepted as filed.

Dated: July 16, 2009