IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-391-JLK**

**THE NEW SALIDA DITCH COMPANY, INC., a Colorado corporation**,

        Plaintiff,

v.

**UNITED FIRE & CASUALTY INSURANCE COMPANY, an Iowa corporation,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Unopposed Motion for Leave to File Second Amended Complaint (doc. #101), filed August 14, 2009, is GRANTED.  The Second Amended Complaint is accepted as filed.

Dated:  August 14, 2009