IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-391-JLK**

**THE NEW SALIDA DITCH COMPANY, INC., a Colorado corporation**,

        Plaintiff,

v.

**UNITED FIRE & CASUALTY INSURANCE COMPANY, an Iowa corporation,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Defendant's Renewed Partial Motion to Dismiss subsumes its earlier filed Partial Motion to Dismiss (doc. #17), which, for clerical purposes is DENIED AS MOOT. Plaintiff shall file a renewed response to Defendant's Renewed Partial Motion to Dismiss (doc. #106) on or before September 23, 2009; defendant's reply, if any, is due October 5, 2009.

Dated:  September 11, 2009